SMITH *v.* REESE *et al.*

GEORGE, J. This case is within the general rule (Civil Code, § 6204) that the first grant of a new trial will not be disturbed where the verdict was not demanded by the law and the facts.

*Judgment affirmed. All the Justices concur.*

No. 2152.   MAY 13, 1921.

Partition. Before Judge Bell. Clayton superior court. May 20, 1920.

*C. F. Wells* and *R. B. Blackburn,* for plaintiff in error.

*O. J. Coogler,* contra.